UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE HILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-622** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "A" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendant's Motion to Dismiss [Doc. #11] is GRANTED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

December 10, 2018

_____
**UNITED STATES DISTRICT JUDGE**